1208

No. 02–8126. BARNES v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8130. OLSEN v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–8131. BOCK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–8132. JONES v. PUGH, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–8133. AYALA-AYALA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8134. BROOKS v. HALEY, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–8135. ARENAS-MEDINA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8136. COLLIER v. DAVIS, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 02–8137. DANOS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–8138. DAVIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–8139. CERVANTES-LLAMAS, AKA CARRASO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8140. LEWIS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8141. KEELEN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–8143. ZARATE-MEDINA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.